# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CITY OF ASBURY PARK,<br><br>     Plaintiff,<br><br>   v.<br><br>STAR INSURANCE COMPANY and<br>JOHN DOES CORPORATION (1-10),<br><br>     Defendants. | Civ. A. No. 17-5059-BRM-LHG<br><br>**ORDER AND<br>JUDGMENT** |

  **THIS MATTER** is before this Court on: (1) Plaintiff City of Asbury Park's ("Asbury Park" or the "City") Motion for Summary Judgment for Declaratory Judgment and (2) Defendant Star Insurance Company's ("Star") Motion for Summary Judgment on the Priority of Recovery of Lien Proceeds pursuant to Federal Rule of Civil Procedure 56. (ECF Nos. 17, 18.) Both motions are opposed. Having reviewed the submissions filed in connection with the motions and having heard oral argument on July 17, 2018, pursuant to Federal Rule of Civil Procedure 78(a), for the reasons set forth in the accompanying Opinion and for good cause shown,

  **IT IS** on this 1st day of October 2018,

  **ORDERED** that Asbury Park's motion (ECF No. 17) is **DENIED**, and it is further

  **ORDERED** that Star's motion (ECF No. 18) is **GRANTED**, and it further

2

**ORDERED** that judgment is entered in favor of Star, and the workers' compensation lien proceeds shall be released from escrow and disbursed in their entirety to Star, and it is finally

**ORDERED** that this matter shall be marked closed.

*/s/ Brian R. Martinotti*
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**