UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-3261

_____

CITY OF ASBURY PARK,
                               Appellant

v.

STAR INSURANCE COMPANY
_____

On Appeal from the United States District Court
for the District of New Jersey
(District Court No. 3-17-cv-05059)
District Judge: Honorable Brian R. Martinotti

_____

Submitted under Third Circuit L.A.R. 34.1(a)
on July 12, 2019

Before: SHWARTZ, KRAUSE, and FUENTES, *Circuit Judges*

**JUDGMENT**

This cause came to be considered on the record from the United States District Court for the District of New Jersey and was submitted pursuant to Third Circuit L.A.R. 34.1(a) on July 12, 2019.  On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the District Court entered on October 2, 2018, be and the same is hereby AFFIRMED.  Appellants to bear costs.  All of the above in accordance with the Opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATE: August 4, 2020

**Certified as a true copy and issued in lieu of a formal mandate on** August 26, 2020

Teste: *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2